# Third District Court of Appeal

## State of Florida

Opinion filed January 21, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0180
Lower Tribunal Nos. F06-33199B, F06-33201B

_____

**Romiel Ronald Robinson,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Joseph Perkins, Judge.

Carlos J. Martinez, Public Defender, and Maria Lauredo, Chief Assistant Public Defender, for appellant.

James Uthmeier, Attorney General, and Magaly Rodriguez, Assistant Attorney General, for appellee.

Before SCALES, C.J., and FERNANDEZ and GORDO, JJ.

PER CURIAM.

Affirmed.